IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02445-WYD-BNB

ANTHONY CIPRIANO,

Plaintiff,

v.

RICK RAEMISCH, Executive Director of the DOC (in his official capacity),
PHYSICIAN ASSISTANT CHRISTNER (in her personal and official capacities), and
JOHN DOES 1-10 (in their personal capacities),

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **Motion Pursuant to FRCP Rule 15(A) for Leave to File Amended Complaint** [docket no. 6, filed November 3, 2013] (the "Motion").

　　IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Amended Complaint for filing.

DATED:　November 4, 2013