IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02445-WYD-BNB

ANTHONY CIPRIANO,

Plaintiff,

v.

RICK RAEMISCH, Executive Director of the DOC (in his official capacity),

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Vacate and Reset Pretrial Conference** [docket no. 27, filed January 6, 2015] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Pretrial Conference set for January 8, 2015, is **vacated and reset to April 7, 2015, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **March 31, 2015**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2(b).

DATED:  January 6, 2015