**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-2445-WYD-NYW

ANTHONY CIPRIANO,

      Plaintiff,

v.

RICK RAEMISCH, Executive Director of the DOC (in his official capacity),
HELENE CHRISTNER (in her personal and official capacities),
JOHN DOES 1-10 (in their personal capacities),

      Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Plaintiff Anthony Cipriano's ("Plaintiff") [#34], filed April 2, 2015 (the "Motion").  Pursuant to the Order of Reference dated September 13, 2013 [#4] and the memorandum dated April 2, 2015 [#35], the Motion is before this Magistrate Judge.

      IT IS ORDERED that the Motion is GRANTED.  The **April 7, 2015** pre-trial conference is hereby VACATED

DATED April 6, 2015.